# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CONNIE ARNOLD, | ) | 1:08cv1246 AWI DLB |
| | ) | |
| | ) | ORDER STRIKING |
| Plaintiff, | ) | JANUARY 28, 2009, FILING |
| | ) | |
| v. | ) | (Document 27) |
| | ) | |
| LA QUINTA CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Connie Arnold ("Plaintiff") filed the instant action on August 22, 2008. The remaining Defendants are IC Kang Corporation and Omkar Inns, Inc.

Pursuant to Plaintiff's request, the Clerk entered default against Defendant Omkar Inns, Inc., on January 21, 2009.

On January 28, 2009, Mina Patel, President of Omkar Inns, Inc., wrote a letter to the Court in which she appears to explain that Omkar Inns, Inc., is not a proper Defendant and requests that it be removed from the action. She also states that she was overseas and was not able to respond.

The Court is unable to take action on this letter, as a letter is insufficient to either dismiss Omkar Inns, Inc. from this lawsuit or set aside the default that was entered on January 21, 2009.

Before Defendant can appear in this action, it must move to set aside the default by noticed motion pursuant to Federal Rule of Civil Procedure 55(c).

Accordingly, Document 27 is STRICKEN from the record.


IT IS SO ORDERED.

Dated:   **February 18, 2009**                              **/s/ Dennis L. Beck**
                                                           UNITED STATES MAGISTRATE JUDGE