08cv1246.stip.Dismiss Default Judgment.wpd

PATRICIA BARBOSA, Esq. (SBN 125865)
BARBOSA GROUP
9341 Candlewood Drive
Huntington Beach, CA 92646
Tel: (714) 465-9713
Fax: (714) 465-9628
Email: Barbosagrp@aol.com

JORDON METZ, Esq. (SBN 167355)
MARGARET BYRNE IKEDA, Esq. (SBN 222303)
GOODMAN & METZ
17043 Ventura Boulevard
Encino, California 91316-4128
Telephone: (818) 386-2889
Facsimile: (818) 986-2889
Email: Jordon@goodmanmetz.com
Email: maggie@goodmanmetz.com

Attorneys for Plaintiff, CONNIE ARNOLD

GARY R. BASHAM, Esq. (SBN 130119)
BASHAM PARKER LLP
701 University Ave., Suite 220
Sacramento, California 95825
Tel: (916) 925-5850
Fax: (916) 925-5854
Email: gary@bashamparker.com

Attorneys for Defendant, IC KANG CORPORATION

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>       Plaintiff,<br><br>v.<br><br>IC KANG CORPORATION, d.b.a LA QUINTA INN & SUITES - VISALIA; OMKAR INNS, INC.; and DOES 1 through 35, Inclusive,<br><br>       Defendants.<br>_____/ | CASE NO. 1:08-cv-01246-AWI-DLB<br><u>Civil Rights</u><br><br>U.S. District Judge Anthony W. Ishii<br><br>**STIPULATION AND ORDER TO DISMISS THE DEFAULT JUDGMENT AGAINST OMKAR INNS, INC. AND TO SUBSTITUTE LIBERTY HOTEL INVESTMENTS L.P. FOR DEFENDANT OMKAR INNS, INC.** |

TO THIS HONORABLE COURT, Plaintiff CONNIE ARNOLD, Defendant IC KANG CORPORATION, d.b.a LA QUINTA INN & SUITES-VISALIA, and LIBERTY HOTEL INVESTMENTS L.P., hereby stipulate and agree to set aside the default judgment entered against

/ / /

---

**STIPULATION AND ORDER TO DISMISS DEFAULT JUDGMENT**
**CASE NO. 1:08-cv-01246-AWI-DLB**                                                                                               **1**

Defendant OMKAR INNS INC., and to substitute LIBERTY HOTEL INVESTMENTS L.P., in place of Defendant OMKAR INNS INC., as defendant in this action.

Good cause exists for the Court to set aside the default judgment entered into against OMKAR INNS INC., and to substitute LIBERTY HOTEL INVESTMENTS L.P., in place of Defendant OMKAR INNS INC.

1. Plaintiff named Defendant IC KANG CORPORATION and OMKAR INNS INC., as owners, operators, lessors or lessees of the LA QUINTA INN & SUITES-VISALIA following a good faith investigation. Plaintiff served both named defendants, but only defendant IC KANG CORPORATION filed a response to the Complaint. Following a good faith attempt to contact OMKAR INNS INC., Plaintiff filed a Motion to Enter A Default against Defendant OMKAR INNS INC. After entry of the Default Judgment, Plaintiff was contacted by counsel for LIBERTY HOTEL INVESTMENTS L.P., who informed Plaintiff's counsel that this entity was the actual owner and operator of the LA QUINTA INN & SUITES-VISALIA at the time of Plaintiff claims. Counsel for LIBERTY HOTEL INVESTMENTS L.P. asked Plaintiff to agree to set aside the default against OMKAR INNS INC., and to substitute LIBERTY HOTEL INVESTMENTS L.P., in its place as the proper defendant.

2. Plaintiff and Defendant IC KANG CORPORATION have been referred to a settlement conference, but require that LIBERTY HOTEL INVESTMENTS L.P., a necessary party to this action, take part in this settlement conference to obtain complete resolution of Plaintiff's claims.

3. The parties request that the default judgment entered into OMKAR INNS INC. is hereby set aside, and that;

4. LIBERTY HOTEL INVESTMENT L.P., be substituted in as a party to this action in place of OMKAR INNS INC., and file Answer within 10 days of Order.

5. LIBERTY HOTEL INVESTMENT L.P. hereby acknowledges actual notice of this action and subjects itself to the jurisdiction of this Court in this action, and as a substitute for Defendant OMKAR INNS INC., as a necessary party.

/ / /

/ / /

| | | |
|---|---|---|
| Dated: May 4, 2009 | | PATRICIA BARBOSA<br>BARBOSA GROUP |
| | | JORDON METZ<br>MARGARET BYRNE IKEDA<br>GOODMAN & METZ |

                                                  /S/    (Margaret Byrne Ikeda)
                                     Attorneys for Plaintiff
                                     CONNIE ARNOLD

Dated: May 4, 2009                       GARY R. BACHAM
                                            BACHAM PARKER, LLP

                                                  /S/    (Gary R. Bacham)
                                     Attorneys for Defendant
                                     IC KANG CORPORATION

Dated: May 4, 2009                       PAUL C. FRANCO
                                            CASWELL BELL & HILLISON LLP

                                                 /S/    (Paul C. Franco)
                                     Attorneys for Defendant
                                     LIBERTY HOTEL INVESTMENTS LP

**ORDER**

**FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:**

     The default judgment against OMKAR INNS INC., is hereby set aside, and LIBERTY HOTEL INVESTMENTS LP is hereby substituted in its place, LIBERTY HOTEL INVESTMENTS LP will file an Answer to the Complaint within 10 days of this Order.

IT IS SO ORDERED.

**Dated:   May 6, 2009**                          /s/ Anthony W. Ishii
                                                      CHIEF UNITED STATES DISTRICT JUDGE

08cv1246.stip.Dismiss Default Judgment.wpd