Gary R. Basham (SBN 130119)
Meagan D. Christiansen (SBN 240679)
**BASHAM PARKER LLP**
701 University Avenue, Suite 220
Sacramento, California 95825
Telephone: (916) 925-5850
Facsimile: (916) 925-5854

**Attorney for Defendant**
**IC KANG CORPORATION**

Theordore W. Hoppe (SBN 138064)
**HOPPE LAW GROUP**
Hoppe Law Group
680 W. Shaw Ave., Ste. 207
Fresno, CA 93704
Telephone: (559) 241-7070
Facsimile: (559) 241-7212

**Attorney for Defendant**
**LIBERTY HOTEL INV., L.P.**

Jordon Metz (SBN 167355)
Margaret Byrne Ikeda (SBN 222303)
**GOODMAN & METZ**
17043 Ventura Blvd.
Encino, CA 91316
Telephone: (818) 386-2889
Facsimile: (818) 986-2889

Patricia Barbosa (SBN 125865)
**BARBOSA GROUP**
9341 Candlewood Drive
Huntington Beach, CA 92646
Tel: (714) 465-9713
Fax: (714) 465-9628

**Attorneys for Plaintiff**
**CONNIE ARNOLD**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>         Plaintiff,<br><br>    v.<br><br>IC KANG CORPORATION, d.b.a. LA QUINTA INN & SUITES – VISALIA; OMKAR INNS, INC.; and DOES 1 through 35, inclusive,<br><br>         Defendants. | Case No. 1:08-CV-01246-AWI-DLB<br><br>**STIPULATION AND ORDER RE EXTENSION OF DEADLINES SET FORTH IN SCHEDULING ORDER**<br><br><br>Complaint Filed: August 22, 2008<br>Trial Date:      February 23, 2010 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS**:

Plaintiff CONNIE ARNOLD and Defendants IC KANG CORPORATION and LIBERTY HOTEL INVESTMENT, L.P., by and through their respective attorneys of record, hereby stipulate and agree to extend several deadlines originally set in the Scheduling Order as described below.

The parties stipulate that good cause exists to extend the various pre-trial deadlines based upon the following considerations:

1. Plaintiff and Defendants are currently engaging in good faith discussions to settle this matter and wish to avoid further litigation costs to all parties involved, in the hopes that this matter will soon be settled.

2. There is currently a Settlement Conference set for September 1, 2009.

3. Plaintiff and Defendants have looming deadlines which require extensive filings either before or just after the Settlement Conference takes place.  If the deadlines set forth in the Scheduling Order are not extended, all parties will be required to incur substantial fees and costs that may prove unnecessary.  Therefore, the parties request additional time to avoid waste of judicial and/or party resources.

4. The extension of the various pre-trial deadlines will in no way affect the trial date of February 23, 2010.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff CONNIE ARNOLD and Defendants IC KANG CORPORATION and LIBERTY HOTEL INVESTMENT, L.P., through their respective attorneys of record:

1. To extend the deadline for parties to complete all discovery pertaining experts from October 1, 2009 to October 16, 2009;

2. To extend the deadline for parties to disclose all expert witnesses, in writing, from August 3, 2009 to September 14, 2009;

3. To extend the deadline for parties to disclose all supplemental experts, from September 1, 2009 to September 28, 2009;

4. To extend the deadline for the filing of all Non-Dispositive Pre-Trial Motions, including any discovery motions, from September 16, 2009 to September 30, 2009;

5. To extend the deadline for the hearing of all Non-Dispositive Pre-Trial Motions, including any discovery motions, from October 9, 2009 to October 23, 2009;

6. To extend the deadline for the filing of all Dispositive Pre-Trial Motions, including any discovery motions, from September 25, 2009 to October 23, 2009; and

7. To extend the deadline for the hearing of all Dispositive Pre-Trial Motions, including any discovery motions, from October 26, 2009 to November 23, 2009.

2

These extensions are agreed to between counsel for the parties with a good faith desire to continue in settlement discussions without the real possibility that the looming deadlines may cause the parties to incur such additional expense that settlement discussions may be hampered. Accordingly, all counsel respectfully request that the Court grant an order pursuant to the terms stipulated here.

**IT IS SO STIPULATED.**

Date: __7/15/09_____, 2009                GOODMAN & METZ


                                              By: /S/MARGARET BYRNE IKEDA_____
                                              JORDON METZ
                                              MARGARET BYRNE IKEDA

                                              Attorney for Plaintiff
                                              CONNIE ARNOLD

Date: __7/15/09_____, 2009                HOPPE LAW GROUP


                                              By: /S/THEORDORE W. HOPPE_____
                                              THEORDORE W. HOPPE

                                              Attorney for Defendant
                                              LIBERTY HOTEL INV., L.P.


Date: __July 15_____, 2009                 BASHAM PARKER LLP


                                              By: /S/GARY BASHAM_____
                                              GARY BASHAM

                                              Attorney for Defendant
                                              IC KANG CORPORATION


**IT IS SO ORDERED:**


Dated: 21 July 2009                           /S/ Dennis L. Beck

                                              **UNITED STATES MAGISTRATE JUDGE**

3

Stipulation And [Proposed] Order Re Extension
Of Deadlines Set Forth In Scheduling Order                    Case No. 1:08-CV-01246-AWI-DLB