1 PARTRICIA BARBOSA, Esq. (SBN 125865)
JORDON METZ, Esq. (SBN 167335)
2 MARGARET BYRNE IKEDA, Esq. (SBN 222303)
BARBOSA, METZ, IKEDA, & HARRISON LLP
3 17547 Ventura Blvd., Suite 310
Encinco, CA. 91316
4 Tel: (818) 386-1200
Fax: (818) 386-1212
5 pbarbosa@bmihlaw.com
jmetz@bmihlaw.com
6 mikeda@bmihlaw.com

7 Attorneys for Plaintiff CONNIE ARNOLD

8 (Appearances continued on following page)

9 UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| CONNIE ARNOLD | **CASE NO. 1:08-CV-01246-AWI-DLB** |
|---|---|
| PLAINTIFF | *The Honorable Dennis L. Beck, Magistrate Judge, presiding* |
| v. | **JOINT STIPULATION AND ORDER RESETTING DISCOVERY AND OTHER DEADLINES** |
| IC KANG CORPORATION, d.b.a LA QUINTA INN & SUITES-VISALIA; OMKAR INNS, INC., And DOES 1 through 35, Inclusive, | |
| DEFENDANTS. | Complaint Filed:   August 22, 2008<br>Trial Date:           August 2, 2011 |

JOINT STIPULATION AND ORDER RESETTING DISCOVERY DEADLINES
Case No. 1:08-CV-01246-AWI-DLB

– 1 –

1  GARY R. BASHAM (SBN 130119)
   AARON R. JACKSON (SBN 233816)
2  BASHAM LAW GROUP
3  701 University Avenue, Suite 220
   Sacramento, California 95825
4  Telephone:  (916) 993-4840
   Facsimile:  (916) 925-5854
5
   Attorney for Defendant
6  IC KANG CORPORATION

7
   THEORDORE W. HOPPE (SBN 138064)
8  HOPPE LAW GROUP
   680 W. Shaw Ave., Ste. 207
9  Fresno, CA  93704
   Telephone: (559) 241-7070
10 Facsimile: (559) 241-7212

11
   Attorney for Defendant
12 LIBERTY HOTEL INVESTMENTS, L.P.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND ORDER RESETTING DISCOVERY DEADLINES
Case No. 1:08-CV-01246-AWI-DLB

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**IT IS STIPULATED AND AGREED** by and between counsel for Plaintiff CONNIE ARNOLD and counsel for Defendant IC KANG CORPORATION and LIBERTY HOTEL INVESTMENTS LLC (hereinafter collectively referred to as "the Parties") that the deadlines to complete discovery, motions—both dispositive and non-dispositive, and other pre-trial matters, should be continued, as further delineated below.  This stipulation is made because the Parties have agreed to submit this matter to meditation with a mutually agreed upon private mediator on December 10, 2010 in an effort to settle this matter.   Pending completion of the mediation, the Parties wish to extend the below deadlines to avoid incurring potentially unnecessary discovery and litigation costs.  The Parties agree to the following modified discovery, motion, and other deadlines and limitations:

| Description of Deadline | Old Deadline | New Deadline |
| --- | --- | --- |
| Deadline to Complete Non-Expert Discovery | 12/17/2010 | 1/24/2011 |
| Deadline to Disclose Expert Witnesses and Reports | 1/14/2011 | 1/31/2011 |
| Disclosure of Rebuttal Expert Witnesses and Reports | 2/14/2011 | No change |
| Deadline to Complete Expert Discovery | 3/29/2011 | 3/16/2011 |
| Deadline for Filing Non-Dispositive Pre-Trial Motions | 3/18/2011 | 4/15/2011 |
| Deadline for Filing Dispositive Pre-Trial Motions | 3/18/2011 | 4/15/2011 |
| Deadline for Hearing on Non-Dispositive Pre-Trial Motions | 4/15/2011 | 5/13/2011 |
| Deadline for Hearing on Dispositive Pre-Trial Motions | 4/25/2011 | 6/6/2011 |
| Deadline to Disclosure of All Witnesses to Be Called In Each Party's Case In Chief | 5/24/2011 | 6/10/2011 |
| Deadline for Pre-Trial Conference | 6/10/2011 | 8/17/2011 |
| Trial Date | 8/2/2011 | 10/4/2011 |

**IT IS SO STIPULATED**

Date: November 18, 2010                    BARBOSA, METZ, IKEDA & HARRISON, LLP


                                           _/s/ Jordon Metz_____
                                           JORDON METZ
                                           Attorneys for Plaintiff, CONNIE ARNOLD


Date: November 19, 2010                    BASHAM LAW GROUP


                                           _/s/ Gary Basham_____
                                           GARY BASHAM
                                           Attorney for Defendant
                                           IC KANG CORPORATION


Date: November 19, 2010                    HOPPE LAW GROUP


                                           _/s/ Theodore W. Hoppe_____
                                           THEODORE W. HOPPE
                                           Attorney for Defendant Liberty Hotel Inv., LP.


## **ORDER**

Pursuant to Stipulation, and for good cause shown,

 IT IS SO ORDERED.

   Dated:   **November 29, 2010**              /s/ *Dennis L. Beck*
                                           UNITED STATES MAGISTRATE JUDGE

---

JOINT STIPULATION AND ORDER RESETTING DISCOVERY DEADLINES
Case No. 1:08-CV-01246-AWI-DLB

— 4 —