JEFF HARRISON, Esq. (SBN 151227)
JORDON METZ, Esq. (SBN 167335)
BARBOSA, METZ & HARRISON LLP
17547 Ventura Blvd., Suite 310
Encinco, CA. 91316
Tel: (818) 386-1200
Fax: (818) 386-1212
jharrison@bmihlaw.com
jmetz@bmihlaw.com

Attorneys for Plaintiff CONNIE ARNOLD

(Appearances continued on following page)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD<br><br>PLAINTIFF<br><br>v.<br><br>IC KANG CORPORATION, d.b.a LA QUINTA INN & SUITES-VISALIA; OMKAR INNS, INC., And DOES 1 through 35, Inclusive,<br><br>DEFENDANTS. | **CASE NO. 1:08-CV-01246-AWI-DLB**<br><br>*The Honorable Anthony W. Ishii, Chief District Judge, presiding*<br><br>**JOINT STIPULATION AND ORDER CONTINUING THE HEARING ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, LITIGATION, EXPENSES, AND COSTS**<br><br>Hearing Date: August 22, 2011<br>Time:  1:30 p.m.<br>Location:  2500 Tulare Street<br>     Fresno, CA.<br><br>Consent Decree Ordered: 2.12.2011 |

GARY R. BASHAM (SBN 130119)
AARON R. JACKSON (SBN 233816)
BASHAM LAW GROUP
1545 River Park Drive, Suite 205
Sacramento, California 95815
Telephone:  (916) 993-4840
Facsimile:  (916) 993-4849

Attorney for Defendant
IC KANG CORPORATION

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Connie Arnold's Counsel and Defendant IC Kang Corporation's Counsel have reached an agreement to settle any and all remaining claims in this matter, including for attorney's fees, litigation expenses, and costs.  This settlement is subject to execution of a written settlement agreement.  The Parties are currently in the process of creating and executing the written settlement agreement.  Based on the foregoing, the Parties have agreed to the following:

**IT IS STIPULATED AND AGREED** by and between Counsel for Plaintiff Connie Arnold and Counsel for Defendant IC Kang Corporation (collectively "the Parties") that the hearing date on the Plaintiff's Motion for Attorney's Fees, Litigation Expenses, and Costs should be continued for not less than forty-five (45) days, with all deadlines to run from the new date, in order to allow the Parties to finalize and execute the written settlement agreement.  This stipulation is done to avoid incurring any further litigation expenses or costs in this matter, while the settlement is effectuated.  The Parties additionally agree to execute a stipulation for dismissal within five (5) days of the execution of the settlement agreement.

/ / /

/ / /

/ / /

IT IS SO STIPULATED

Date: August 4, 2011                               BARBOSA, METZ & HARRISON, LLP


                                                  _/s/ Jeff Harrison_
                                                  JEFF HARRISON
                                                  Attorneys for Plaintiff, CONNIE ARNOLD

Date: August 4, 2011                               BASHAM LAW GROUP


                                                  _/s/ Gary Basham_
                                                  GARY BASHAM
                                                  Attorney for Defendant
                                                  IC KANG CORPORATION

## **ORDER**

Pursuant to Stipulation, and for good cause shown, IT IS SO ORDERED.  The hearing on Plaintiff's Motion for Attorney's Fees, Litigation Expenses, and Costs is continued to October 17, 2011, with all deadlines to run from the new hearing date.



IT IS SO ORDERED.

Dated:   August 5, 2011                           _____
                                                  CHIEF UNITED STATES DISTRICT JUDGE