JEFF HARRISON, Esq. (SBN 151227)
JORDON METZ, Esq. (SBN 167335)
BARBOSA, METZ & HARRISON LLP
17547 Ventura Blvd., Suite 310
Encinco, CA. 91316
Tel: (818) 386-1200
Fax: (818) 386-1212
jharrison@bmhlegal.com
jmetz@bmhlegal.com

Attorneys for Plaintiff CONNIE ARNOLD

GARY R. BASHAM (SBN 130119)
AARON R. JACKSON (SBN 233816)
BASHAM LAW GROUP
1545 River Park Drive, Suite 205
Sacramento, California 95815
Telephone:  (916) 993-4840
Facsimile:  (916) 993-4849
gary@bashamlawgroup.com
aaron@bashamlawgroup.com

Attorney for Defendant
IC KANG CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD<br><br>PLAINTIFF<br><br>v.<br><br>IC KANG CORPORATION, d.b.a LA QUINTA INN & SUITES-VISALIA; OMKAR INNS, INC., And DOES 1 through 35, Inclusive,<br><br>DEFENDANTS. | **CASE NO. 1:08-CV-01246-AWI-DLB**<br><br>*The Honorable Anthony W. Ishii, Chief District Judge, presiding*<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON**<br><br>Consent Decree Ordered: 2.12.2011 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Connie Arnold and Defendant IC Kang Corporation have settled all remaining claims in this matter as between them, including for attorney's fees, litigation expenses, and costs.  **THEREFORE, IT IS STIPULATED AND AGREED** that this matter should be dismissed with prejudice, including dismissal of any and all claims for attorneys and fees and costs.

**IT IS SO STIPULATED**

Date: August 18, 2011                         BARBOSA, METZ & HARRISON, LLP

                                              */s/ Jeff Harrison*
                                              JEFF HARRISON
                                              Attorneys for Plaintiff, CONNIE ARNOLD

Date: August 18, 2011                         BASHAM LAW GROUP

                                              */s/ Gary Basham*
                                              GARY BASHAM
                                              Attorney for Defendant
                                              IC KANG CORPORATION

### ORDER

IT IS SO ORDERED.  This matter is dismissed in its entirety with prejudice, including dismissal of any claims for attorney fees and costs.

IT IS SO ORDERED.

Dated:   August 22, 2011                      _____
                                              CHIEF UNITED STATES DISTRICT JUDGE